1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ANTHONY CLARK GORE,                    No. C 08-04365 CW (PR)

12          Petitioner,                    Ninth Circuit Case No. 11-17705

13      v.                                 ORDER GRANTING EXTENSION OF TIME
                                           TO FILE APPLICATION TO PROCEED
14  ROBERT HOREL, Warden,                  IN FORMA PAUPERIS ON APPEAL;
                                           DENYING AS MOOT REQUEST FOR
15          Respondent.                    EXTENSION OF TIME TO FILE NOTICE
    _____/      OF APPEAL
16
                                           (Docket nos. 15 & 16)
17

18      Petitioner filed the present pro se petition for a writ of

19  habeas corpus pursuant to 28 U.S.C. § 2254, challenging the

20  constitutional validity of his state conviction.  Petitioner paid

21  the $5.00 filing fee.

22      On August 15, 2011, the Court denied the petition on the

23  merits and granted a certificate of appealability.  Subsequently,

24  Petitioner filed a notice of appeal and was informed by the Ninth

25  Circuit that he either must pay the filing fee or submit a

26  completed application for leave to proceed in forma pauperis (IFP)

27  to the district court.  Petitioner now seeks an extension of time

28  in which to file his IFP application.

United States District Court
For the Northern District of California

1  Good cause appearing, Petitioner's request is GRANTED.

2  Petitioner shall file his IFP application no later than <u>thirty (30)</u>

3  <u>days</u> from the date of this Order.

4  Petitioner's request to reopen the time to file his notice of

5  appeal is DENIED as moot because Petitioner's appeal has been

6  assigned a case number and is pending in the Ninth Circuit.

7  The Clerk of the Court shall provide a copy of this Order to

8  the Ninth Circuit.

9  This Order terminates Docket nos. 15 and 16.

10  IT IS SO ORDERED.

11  Dated: 12/01/2011

12  CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY C. GORE,                                    Case Number: CV08-04365 CW

            Plaintiff,                              **CERTIFICATE OF SERVICE**

    v.

ROBERT A. HOREL et al,

            Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Clark Gore F-01081
B8-220
California State Prison - Sacramento
P.O. Box 290066
Represa,  CA 95671

Clerk's Office
U.S. Court of Appeal
95 Seventh Street
San Francisco, CA 94103-1526

Dated: December 1, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California