IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLARK GORE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT HOREL, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C 08-04365 CW (PR)<br><br><u>Ninth Circuit Case No. 11-17705</u><br><br>ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL; DENYING AS MOOT REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL<br><br>(Docket nos. 15 & 16) |

　　Petitioner filed the present pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the constitutional validity of his state conviction. Petitioner paid the $5.00 filing fee.

　　On August 15, 2011, the Court denied the petition on the merits and granted a certificate of appealability. Subsequently, Petitioner filed a notice of appeal and was informed by the Ninth Circuit that he either must pay the filing fee or submit a completed application for leave to proceed in forma pauperis (IFP) to the district court. Petitioner now seeks an extension of time in which to file his IFP application.

1   Good cause appearing, Petitioner's request is GRANTED.
2 Petitioner shall file his IFP application no later than <u>thirty (30)</u>
3 <u>days</u> from the date of this Order.
4   Petitioner's request to reopen the time to file his notice of
5 appeal is DENIED as moot because Petitioner's appeal has been
6 assigned a case number and is pending in the Ninth Circuit.
7   The Clerk of the Court shall provide a copy of this Order to
8 the Ninth Circuit.
9   This Order terminates Docket nos. 15 and 16.
10   IT IS SO ORDERED.
11 Dated: 12/01/2011
                                    CLAUDIA WILKEN
12                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. GORE, | Case Number: CV08-04365 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT A. HOREL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Clark Gore F-01081
B8-220
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Clerk's Office
U.S. Court of Appeal
95 Seventh Street
San Francisco, CA 94103-1526

Dated: December 1, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3